

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 9/19/2022

☐ Pro Se   ☒ Retained   ☐ CJA   ☐ FPD   ☐ USA or other Federal Agency
(Appeal Fee Exempt)

Case No: 21-cv-00385-LTB

☐ Amended Notice of Appeal
☐ Other pending appeals
☐ Transferred Successive
   §2254 or §2255
☐ Supplemental Record

Date Filed: 9/19/2022

Appellant: Cedric Greene

**Pro Se Appellant:**
☐ IFP forms mailed/given     ☐ Motion IFP pending     ☐ Appeal fee paid
                              ☐ IFP denied              ☒ Appeal fee not paid

**Retained Counsel:**
☐ Appeal fee paid     ☐ Appeal fee not paid     ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:   s/S.J. Apodaca
      Deputy Clerk

cc:   Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

APPEAL,JD1,PS6,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:21–cv–00385–LTB

| | |
|---|---|
| Greene v. Frontier Airlines, Inc. | Date Filed: 02/05/2021 |
| Assigned to: Judge Lewis T. Babcock | Date Terminated: 02/10/2021 |
| Case in other court:  USCA, 21–01070 | Jury Demand: None |
|                          USCA, 21–01395 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Cedric Greene**      represented by   **Cedric Greene**
501 East 6th Street
Los Angeles, CA 90021
323–972–9966
PRO SE

V.

**Defendant**

**Frontier Airlines, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/16/2022 | 27 | NOTICE OF APPEAL as to 24 Order on Motion for Leave, 26 Order on Motion for Extension of Time to File by Plaintiff Cedric Greene. (sapod, ) (Entered: 09/19/2022) |
| 09/09/2022 | 26 | ORDER by Judge Lewis T. Babcock on 9/9/2022, re: 25 Plaintiffs "Motion For Extension of Time to File an Appeal; Affidavit in Support of Motion," is **DENIED**. (sphil, ) (Entered: 09/09/2022) |
| 08/09/2022 | 25 | MOTION for Extension of Time to File an Appeal; Affidavit in Support of Motion, by Plaintiff Cedric Greene. (angar, ) (Entered: 08/11/2022) |
| 06/22/2022 | 24 | MINUTE ORDER. The Clerk of Court is ordered to STRIKE the 23 Motion for Leave to Alter Filing Requirements for Civil Processing. Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to **strike any future filings in this closed action**. By Judge Lewis T. Babcock on 06/22/2022.(sdunb, ) (Entered: 06/22/2022) |
| 04/13/2022 | 23 | **STRICKEN** MOTION for Leave to Alter Filing Requirements for Civil Processing by Plaintiff Cedric Greene. (sdunb, ) Modified on 6/22/2022 to strike pursuant to ECF 24 Minute Order (sdunb, ). (Entered: 04/14/2022) |
| 03/25/2022 | 22 | MANDATE of USCA as to 21 USCA Order/Opinion/Judgment, 15 Notice of Appeal filed by Cedric Greene : (USCA Case No. 21–1395) (sdunb, ) (Entered: 03/25/2022) |
| 03/03/2022 | 21 | USCA Order and Judgment as to 15 Notice of Appeal filed by Cedric Greene : (USCA Case No. 21–1395) (This document is not the Mandate) (sdunb, ) (Entered: 03/03/2022) |
| 12/08/2021 | 20 | MINUTE ORDER re 19 Motion for Clarification of the Court's Minute Orders. Plaintiff is informed that his Notice of Appeal will not be stricken. By Judge Lewis T. Babcock on 12/08/2021.(sdunb, ) (Entered: 12/08/2021) |
| 12/02/2021 | 18 | RECORD ON APPEAL filed by the Tenth Circuit as to 15 Notice of Appeal filed by Cedric Greene, Volume I – Pleadings (USCA Case No. 21–1395). Text Only Entry. (sdunb, ) (Entered: 12/02/2021) |
| 11/05/2021 | 19 | MOTION for Clarification of the Court's Minute Orders by Plaintiff Cedric Greene. (sdunb, ) (Entered: 12/02/2021) |

| | | |
|---|---|---|
| 11/05/2021 | 17 | USCA Case Number 21–1395 for 15 Notice of Appeal filed by Cedric Greene. (sdunb, ) (Entered: 11/05/2021) |
| 11/05/2021 | 16 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 15 Notice of Appeal filed by Cedric Greene to the U.S. Court of Appeals. (Pro Se, Fee not paid,) (Attachments: # 1 Preliminary Record, # 2 Docket Sheet)(sdunb, ) (Entered: 11/05/2021) |
| 11/04/2021 | 15 | NOTICE OF APPEAL as to 4 Clerk's Judgment, 3 Order Dismissing Case,, Order Reassigning Case, 12 Order on Motion for Order, 14 Order on Motion for Reconsideration, by Plaintiff Cedric Greene. (sdunb, ) (Entered: 11/05/2021) |
| 11/01/2021 | 14 | MINUTE ORDER. The Clerk of Court is ordered to STRIKE the (ECF. No. 13 ) Motion for Reconsideration to the Chief Judge. Plaintiff is again advised that further filings will not be considered. The Clerk of Court is directed to strike any future filings in this closed action. By Judge Lewis T. Babcock on 11/01/2021.(sdunb, ) (Entered: 11/01/2021) |
| 10/25/2021 | 13 | **STRICKEN** PLAINTIFFS MOTION FOR RECONSIDERATION TO THE CHIEF JUDGE OF THE U.S. DISTRICT re Relief from 4 Judgment or Order by Plaintiff Cedric Greene. (sdunb, ) Modified on 11/1/2021 strike motion (sdunb, ). (Entered: 10/25/2021) |
| 10/22/2021 | 12 | MINUTE ORDER. On October 18, 2021, Plaintiff filed a "Motion for Leave to File as Pro Se and Reinstate." (ECF No. 11 ). The Motion is DENIED. This case was dismissed on February 10, 2021 because Plaintiff failed to comply with the filing restrictions imposed against him. (ECF No. 3 ). Any additional documents filed in this case will be stricken, by Judge Lewis T. Babcock on 10/22/2021.(angar, ) (Entered: 10/22/2021) |
| 10/18/2021 | 11 | MOTION for Leave to File as Pro Se and Reinstate by Plaintiff Cedric Greene. (sdunb, ) (Entered: 10/18/2021) |
| 10/13/2021 | 10 | MANDATE of USCA as to Cedric Greene re 5 Notice of Appeal and 9 USCA Order and Judgment (USCA Case No. 21–1070) (sdunb, ) (Entered: 10/13/2021) |
| 09/21/2021 | 9 | USCA Order and Judgment as to 5 Notice of Appeal filed by Cedric Greene : (USCA Case No. 21–1070) (This document is not the Mandate) (sphil, ) (Entered: 09/23/2021) |
| 03/18/2021 | 8 | RECORD ON APPEAL filed by the U.S. Court of Appeals for the Tenth Circuit as to 5 Notice of Appeal filed by Cedric Greene. Record on appeal filed. No. of Volumes: 1, Comments: Vol. 1–pleadings. (USCA Case No. 21–1070). Text Only Entry. (rvill, ) (Entered: 03/18/2021) |
| 03/01/2021 | 7 | USCA Case Number 21–1070 for 5 Notice of Appeal filed by Cedric Greene. (athom, ) (Entered: 03/01/2021) |
| 03/01/2021 | 6 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 5 Notice of Appeal filed by Cedric Greene to the U.S. Court of Appeals. (Pro Se, Fee not paid and 1915 motion not filed, IFP status on appeal denied in final order,) (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 03/01/2021) |
| 02/26/2021 | 5 | NOTICE OF APPEAL as to 3 Order Dismissing Case, 4 Clerk's Judgment, by Plaintiff Cedric Greene. (athom, ) (Entered: 03/01/2021) |
| 02/10/2021 | 4 | JUDGMENT by Clerk re: 3 Order Dismissing Actions on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/10/2021 | 3 | ORDER DISMISSING ACTION. The action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to comply with the sanction order restricting his ability to file pro se actions in the District of Colorado. IFP on appeal is denied, by Judge Lewis T. Babcock on February 10, 2021. (rvill, ) (Entered: 02/10/2021) |
| 02/05/2021 | 2 | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry (cpomm, ) (Entered: 02/08/2021) |

| 02/05/2021 | 1 | Plaintiff's MOTION dor Leave to file a "Pro Se" Action in the District of Colorado and Request for Judicial Notice by Plaintiff Cedric Greene. (cpomm, ) (Entered: 02/08/2021) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On April 13, 2022, Plaintiff filed a "Motion for Leave to Alter Filing Requirements for Civil Processing." (ECF No. 23). The Clerk of Court is ordered to STRIKE the motion.
    Plaintiff was warned on October 22, 2021, that this action was closed because he failed to comply with the filing restrictions imposed against him. (ECF No. 12).  He was also warned that any additional documents filed in this case would be stricken. (*Id.*).

    Plaintiff is again advised that further filings will not be considered.  The Clerk of Court is directed to strike any future filings in this closed action.

Dated:  June 22, 2022

Case 1:21-cv-00385-LTB Document 28-2 Filed 09/19/22 Page 2 of 6
Case 1:21-cv-00385-LTB Document 26 Filed 09/09/22 Page 1 of 2
Appellate Case: 22-1296   Document: 010110741369   Date Filed: 09/19/2022   Page: 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00385-LTB

CEDRIC GREENE,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

## **ORDER**

---

    This matter is before the Court on Plaintiff's *pro se* "Motion For Extension of Time to File an Appeal; Affidavit in Support of Motion," filed August 9, 2022. (ECF No. 25).

    Plaintiff requests that the deadline to file a Notice of Appeal as to this Court's Minute Order issued on June 22, 2022 be extended for an unspecified amount of time. (*Id.* at 2). The Court's June 22, 2022 Minute Order directed the Clerk of Court to strike Plaintiff's "Motion for Leave to Alter Filing Requirements for Civil Processing" because this action was closed for failing to comply with filing restrictions and Plaintiff was previously warned that any further documents filed in this case would be stricken. (ECF No. 24).

    In general, a litigant must file a notice of appeal within thirty days of entry of judgment. Fed. R. App. P. 4(a)(1)(A). Notwithstanding, a district court may, upon a motion filed no later than 30 days after the deadline for filing a notice of appeal, extend the time for filing an appeal if the moving party shows excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A)(i) & (ii).

1

In this case, Plaintiff fails to show excusable neglect or good cause. He alleges that "[h]e is soon to be [a] great Grandfather" and "[h]is Grandaughter in-law had the desire for him to be part of the celebration of the new life that she will introduce to us." (ECF No. 25 at 2). "The celebration caused for a slight delay in the appeal submission to the above Court." (*Id.*). The Court finds and concludes that Plaintiff has not shown excusable neglect or good cause warranting an extension in the time for filing an appeal. Thus, his motion will be denied.

Accordingly, it is

ORDERED that Plaintiff's "Motion For Extension of Time to File an Appeal; Affidavit in Support of Motion," (ECF No. 25) is **DENIED.**

DATED: September 9, 2022, at Denver, Colorado.

            BY THE COURT:

              s/Lewis T. Babcock
            LEWIS T. BABCOCK, Senior Judge
            United States District Court

Case 1:21-cv-00385-LTB Document 28-2 Filed 09/15/22 Page 4 of 6

Appellate Case: 22-1296   Document: 010110741369   Date Filed: 09/19/2022   Page: 8

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:34 pm, Sep 16, 2022*
**JEFFREY P. COLWELL, CLERK**

**District Court No. 1: 21- CV- 00385- LTB**

**Cedric Greene**
**Vs.**
**Frontier Airlines, Inc.**

**UNITED STATES DISTRICT COURT- DISTRICT OF COLORADO**
**901 19th Street**
**Denver, Colorado 80294**

**NOTICE OF APPEAL**

**Cedric Greene**
**501 East 6th Street**
**Los Angeles, California 90021**
**Tel: (323) 972- 9966**
**Email: cedricgreene33@yahoo.com**

Case 1:21-cv-00385-LTB-COrdent 28-2 Filed 09/15/22 Page 2 of 3orado Page 5 of 6
Case 1:21-cv-00385-LTB-GPG Document 26 Filed 09/19/22 USDC Colorado Page 2 of 3
Appellate Case: 22-1296   Document: 010110741369   Date Filed: 09/19/2022   Page: 9

**TO THE CLERK OF THE COURT:**

**1.**

Cedric Greene appeals to the United States Court of Appeals for the Tenth Circuit from District Court's order entered on *September 9, 2022,* and the Court's minute order of *June 22, 2022.*

**AFFIDAVIT OF CEDRIC GREENE IN SUPPORT OF HIS APPEAL NOTICE**

**2.**

The affidavit of Cedric Greene should be accepted under *Federal Rules of Appellate Procedure 27(2)(B)(1).* Frivolous and vexatious litigant declared against Cedric Greene originated outside of this state.

How many times have Cedric Greene sought a change of venue? Mr. Greene is listed as a restricted filer in the Tenth Circuit, but this case matter shouldn't fall under the restricted status.

*It's a difference between the Tenth Circuit's restrictions and other locations.* The restrictions in this Court and the Tenth Circuit had a *"legal purpose."*

Other restrictions against Greene meant something totally different, and they weren't within the scope of the law.

This proposed appeal to the Tenth Circuit should not rise to the level of further restrictions against Cedric Greene. That's why we wish to proceed further.

Case 1:21-cv-00385-LTB-NRN Document 28-2 Filed 09/19/22 USDC Colorado Page 3 of 3
Case 1:21-cv-03135-LTB Document 26-2 Filed 09/16/22 Page 6 of 6
Appellate Case: 22-1296   Document: 010110741369   Date Filed: 09/19/2022   Page: 10

**I DECLARE under penalty of perjury that the forgoing is true and correct, and that this affidavit was executed on this <u>16th day of September, 2022.</u>**

**E- Signature:** *Cedric Greene Jr.*

3

6