FILED  
United States Court of Appeals  
Tenth Circuit  

September 19, 2022  

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CEDRIC GREENE,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 22-1296  
(D.C. No. 1:21-CV-00385-LTB)  
(D. Colo.)

_____

## ORDER

_____

This matter is before the court on its own initiative following the opening of this appeal. Pro se appellant Cedric Greene is subject to filing restrictions in this court, and he had not complied with those restrictions when the notice of appeal was filed. On or before October 3, 2022, the appellant shall file all documents required by the filing restrictions applicable to him and this civil appeal. *See Greene v. First to Serve Inc.*, Nos. 21-1246 & 21-1278, 2022 WL 386233 (10th Cir. Feb. 9, 2022) (unpublished). Failure to comply in any way with the filing restrictions requirements within the time stated will result in the dismissal of this appeal without further notice for failure to prosecute. *See id.*, 2022 WL 386233, at *4; 10th Cir. R. 42.1.

                                          Entered for the Court

                                          CHRISTOPHER M. WOLPERT, Clerk