Cedric Greene
501 East 6th Street
Los Angeles, California 90021
Tel: (323) 972- 9966
Email: cedricgreene33@yahoo.com

September 13, 2022

District Court Nos. 1: 21- CV- 00330- LTB
District Court No. 1: 21- CV- 00385- LTB

Dear Chief Deputy and Clerk of Court;

My family and I presented motions in the above District Court matters. We were essentially asking the District Court to extend the time to file appeals to this Court.

I am informed that the Court denied the motion in case 1: 21- CV- 385- LTB. The other is unknown. Both filings were presented August 2022.

The conversation I had with you was on August 19, 2022, and you spoke about the possibility of the Court potentially expanding its restrictions. We also spoke about the Court's *limited jurisdiction*.

Neither of the above District Court matters pose jurisdictional conflict. We would like to file an appeal of the two case matters but at the same time, we don't wish to challenge your authority in any manner.

Our family's belief is that it's a remedy to proceed with the case issue in this Circuit if opportunity is given. As previously expressed, neither of the two matters presents a *jurisdictional conflict*.

We felt that it was only fair that we ask you in writing before making any moves to file an appeal of the two case matters. We are asking you out of respect, because neither of us wish to challenge you or your authority.

That being said, do we have the permission to file our appeals in the District of Colorado to this Court? Our intent isn't asking for legal advice or guidance. We are asking out of respect to the Court and its officials.

Sincerely,

E- Signed by: *Cedric Greene Jr.*

Cedric Greene
501 E 6oth Street
Los Angeles, Ca. 90031

Tenth Circuit Court of Appeals
1823 Stout Street
Denver, Colorado 80257
Attn: Clerk of Court

U.S. POSTAGE
$0.60
FCML   0000
Orig: 90012
Dest: 80257
09/13/22
2000213853
R2305M147006
02   6W

CPU