UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

October 21, 2022

Jane K. Castro
Chief Deputy Clerk

Cedric Greene
501 East 6th Street
Los Angeles, CA 90021

Re:   Case No. 22-1296, *Greene v. Frontier Airlines, Inc.*

Dear Mr. Greene:

The court has received your document titled Motion to Strike Requirement "2" for *Greene v. First to Serve Inc.*, Nos. 21-1246. As you know, the above-referenced case was dismissed on October 4, 2022, for lack of prosecution. 10th Cir. R. 42.1. You are required to file a complete and compliant motion to proceed pro se for all civil appeals and other cases you initiate in this court. You did not do so in this case, and the court dismissed the case for failure to prosecute. As we have advised you before on multiple occasions, our local rules require that the reason for dismissal must be remedied before the court will file or consider any additional filings. 10th Cir. R. 42.2. You have not remedied the reason for dismissal here – *i.e.*, filed a complete and compliant petition to proceed pro se. Therefore, we are not permitted to file your motion, nor will we submit it to the court.

With respect to your request that the clerk's office modify the filing restrictions, we lack authority to do so. Your one and only opportunity to challenge the imposition of the filing restrictions was provided while *First to Serve* was still pending. You failed to respond timely, so the filing restrictions were imposed as written. Your motion to recall the mandate was denied. All requirements of the filing restrictions apply now to all civil appeals and cases that you file here, and they *will not be modified* during the course of any other case.

Importantly, now that the filing restrictions are in effect, *the burden of complying with those restrictions rests entirely on you, the litigant*. Court staff are under no obligation to assist you with the compliance requirements via your many informal and persistent communications. In this regard, your frequent communication with the court has become problematic. Your requests for assistance with the filing restrictions, about your cases, and for general legal advice are improper, and court staff have advised you repeatedly they cannot provide the help you request. Court staff are dedicating an unreasonable amount of resources toward you, draining those resources from the court's many other clients. <u>You must stop calling and emailing the court immediately</u>. If you persist, we may have no option but to ask the court to impose additional restrictions on your ability to

communicate with the court generally, including but not limited to a total prohibition on you calling or emailing and restricting your communication with the court to formal court filings only in active and pending cases.

Sincerely,

CHRISTOPHER M. WOLPERT, Clerk

CW/ls